PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: Patrick Porter                    Case Number: A-08-CR-476(7)SS

Name of Sentencing Judicial Officer: Honorable Sam Sparks, Sr. U.S. District Judge

Date of Original Sentence: May 13, 2009

Original Offense: Conspiracy to Possess with Intent to Distribute 50 Grams or More of Cocaine Base and 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)

Original Sentence: 180 months' custody of the Bureau of Prisons followed by five (5) years of supervised release with the following special conditions: abstain from the use of alcohol and all other intoxicants; drug aftercare; financial disclosure; and workforce development program

Type of Supervision: Supervised Release          Date Supervision Commenced: January 9, 2020

Assistant U.S. Attorney: Elizabeth Cottingham          Defense Attorney: Ben Florey - Retained

---

### PREVIOUS COURT ACTION

On April 14, 2014, the defendant's term of custody was reduced from 180 months' custody to 156 months' custody pursuant to Rule 35(b).

On November 13, 2015, a sentence reduction was denied by the Court pursuant to 18 U.S.C. § 3582(c)(2).

On August 19, 2019, the defendant' request for a sentence reduction was denied and his term of supervised release was reduced to four (4) years pursuant to the First Step Act.

### NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 6:** "The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment."

PORTER Patrick
Report on Offender Under Supervision
Page 2

**Nature of Non-compliance:** On March 24, 2020, the defendant advised this officer that he had relocated to Killeen, Texas. He failed to request a transfer to another division and took it upon himself to move to Killeen without permission.

**U.S. Probation Officer Action:** This officer admonished the defendant for relocating to another division without permission. A formal request has been sent to the jurisdictional office for relocation approval. It is respectfully recommended no action be taken at this time. The Court will be notified of any further violations.

                                      Respectfully submitted,

                                      Laura W. Howard
                                      Sr. United States Probation Officer
                                      Date: 3/27/2020

Approved: _____
            Hector Garcia, Supervising
            United States Probation Officer

---

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

                                      _____
                                      Honorable Susan Hightower
                                      United States Magistrate Judge

                                      Date:  March 27, 2020