PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Patrick Porter                Case Number: A-08- CR-476(7)-SS

Name of Sentencing Judicial Officer: The Honorable Sam Sparks, U.S. District Judge

Date of Original Sentence: May 8, 2009

Original Offense: Conspiracy to Possess with Intent to Distribute 50 Grams or More of Cocaine Base and 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)

Original Sentence: One Hundred Eighty (180) months custody of the Bureau of Prisons, followed by five (5) years of supervised release with the following special conditions: , alcohol abstinence, drug aftercare, workforce development program, financial disclosure, and $100 special assessment fee (paid in full).

Type of Supervision: Supervised Release        Date Supervision Commenced: January 10, 2020

Assistant U.S. Attorney: Elizabeth Cottingham        Defense Attorney: Ben Florey - Retained

### PREVIOUS COURT ACTION

On April 14, 2014, a Motion for Reduction of Sentence from 180 months to 156 months custody.

On November 13, 2015, a Motion for Sentence Reduction was denied by the Court pursuant to 18 U.S.C. § 3582(c)(2).

On August 20, 2019, a Motion for Sentence Reduction reducing term of Supervised Release from 5 years to 4 years, pursuant to the First Step Act.

On March 27, 2020, Report on Offender Under Supervision for relocating to another division without permission.

On March 26, 2021, case transferred to Judge Lee Yeakel.

On April 1, 2021, a Request for Modifying the Conditions or Term of Supervision – the court modified the conditions to include the Location Monitoring Program for a period of no less than 180 days.

Porter, Patrick
Report of Offender Under Supervision

# NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**Nature of Noncompliance:** On or about February 7, 2021, the defendant tested positive for marijuana. The defendant admitted he had smoked marijuana on or about the said date.

**U.S. Probation Officer Action:** It is respectfully requested no judicial action be taken at this time. Porter has been referred to complete a Cognitive Behavior Lifeskills Course for Substance Abuse. The Probation Office will continue to monitor him for substance abuse by Comply, the random drug testing system. He has been made aware that any further violations may result in immediate court action.

Respectfully submitted,

Diane R. Thomas
Senior U.S. Probation Officer
Date: March 28, 2022

Approved:

Oswaldo T. Hinojos
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[✓]   No Action

[ ]   Submit a Request for Modifying the Condition or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other

Honorable Susan Hightower
United States Magistrate Judge

April 12, 2022
Date